5169.

(Court of Appeal, Parish of Orleans).

## GAUCHE-CONNOR COMPANY vs. HOTEL GRUNE-WALD COMPANY, LIMITED.

For the reasons assigned in *Rouseo vs. Gauche-Connor Co., Ltd., et al,* the judgment herein appealed from is affirmed.

Appeal from the First City Court, Division "B."

J. J. McLoughlin, for plaintiff and appellant.

Dinkelspiel, Hart & Davey, for defendant and appellee.

ST. PAUL, J.—This case grows out of the same occurrence which gave rise to the case of **Frank Rouseo vs. Gauche-Connor Co., et al., No. 5225** of our docket, just decided.

The facts are recited in the opinion handed down in that case. On these same facts the Gauche-Connor Co., sues herein for damages caused to its wagon.

We held in the other case that there was no liability on the part of the Grunewald Hotel Co., defendant herein, and our reasons hold good in the case at bar. We must, therefore, affirm the judgment which, in this case, was for defendant.

Judgment affirmed.

March 6, 1911.

Rehearing refused, March 20, 1911.

Writ denied by Supreme Court, April 25, 1911.